IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CYNTHIA G. MILHOLLAND                               PLAINTIFF

V.                CASE NO. 4:20-CV-845-BD

ANDREW SAUL, Commissioner
Social Security Administration                             DEFENDANT

## ORDER

Pending is Commissioner of the Social Security Administration's Unopposed Motion to Reverse and Remand. (Doc. No. 21) For good cause shown, the Commissioner's motion is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

IT IS SO ORDERED this 28th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE