IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA G. MILHOLLAND**     **PLAINTIFF**

V.     **CASE NO. 4:20-CV-845-BD**

**ANDREW SAUL, Commissioner**
**Social Security Administration**     **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Judgment is hereby entered in favor of Plaintiff Cynthia G. Milholland and against the Social Security Administration. This is a sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

IT IS SO ORDERED this 28th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE